UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW SANCHEZ,<br><br>         Petitioner,<br><br>  -against-<br><br>UNITTED STATES OF AMERICA,<br><br>         Respondent. | 21-CV-1147 (CS)<br><br>10-CR-0392-16 (CS)<br><br>ORDER TO ANSWER, 28 U.S.C. § 2255 |

CATHY SEIBEL, United States District Judge:

The Court hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

By March 18, 2021, the U.S. Attorney's Office shall file an answer or other pleading addressing the timeliness of the motion (or lack thereof). Petitioner shall have until April 19, 2021 to respond.  Should the Court find the motion timely, the parties will then brief the merits.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

The Clerk of Court is respectfully directed to send a copy of this Order to Petitioner.

SO ORDERED.

Dated: February 16, 2021
     White Plains, New York

                      _____
                        CATHY SEIBEL
                        United States District Judge